# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN ROSENBAUM et al., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. 2:16-cv-281 <br><br> Judge: George C. Smith <br><br> Magistrate Judge: Terence P. Kemp |

## STIPULATED EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Local Rule 6.1(a), Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") and Plaintiffs Stephen Rosenbaum, Frank E. Williams, Jr., Eric Wagoner, David Eidelman, Ian Mackenzie, Carolyn Mackenzie, Marsha Schniedwind, Michael Kovens, Arthur Wasserman, and Adam Shapiro ("Plaintiffs"), by and through their respective counsel, stipulate and agree to extend by twenty-one (21) days the deadline for JPMorgan to answer, move, or otherwise plead in response to Plaintiffs' Complaint, up to and including May 13, 2016.

No prior stipulated extensions have been sought in this case.

Respectfully submitted,   April 22, 2016

/s/ Matthew R. Wilson
David P. Meyer (0065205)
Matthew R. Wilson (0072925)
Michael J. Boyle, Jr. (0091162)
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

/s/ Matthew C. Corcoran
Matthew C. Corcoran (0078236)
 (Trial Attorney)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
Email:  mccorcoran@jonesday.com

| | |
|---|---|
| Michael B. Angelovich (*pro hac vice* to be filed)<br>Austin Tighe (*pro hac vice* to be filed)<br>NIX, PATTERSON & ROACH LLP<br>3600 Capital of Texas Highway<br>Suite B350<br>Austin, Texas 78746<br>Telephone: (512) 328-5333<br>Facsimile: (512) 328-5335 | Adrian Wager-Zito (*pro hac vice* to be filed)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br>Email:  adrianwagerzito@jonesday.com |
| Richard E. Norman (*pro hac vice* to be filed)<br>R. Martin Weber, Jr. (*pro hac vice* to be filed)<br>CROWLEY NORMAN LLP<br>3 Riverway, #1775<br>Houston, Texas 77056<br>Telephone: (713) 651-1771<br>Facsimile: (713) 651-1775<br><br>*Attorneys for Plaintiffs* | Robert A. Sacks (*pro hac vice* to be filed)<br>Brent J. McIntosh (*pro hac vice* to be filed)<br>Brian D. Glueckstein (*pro hac vice* to be filed)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile:  (212) 558-3588<br>Email:  sacksr@sullcrom.com<br>        mcintoshb@sullcrom.com<br>        gluecksteinb@sullcrom.com<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* |